**Order filed November 29, 2017**



## In The

# Eleventh Court of Appeals

_____

## No. 11-17-00327-CV

_____

## IN RE CLINT FLETCHER

**Original Mandamus Proceeding**

### O R D E R

Relator, Clint Fletcher, has filed in this court a motion for emergency stay in conjunction with an original mandamus proceeding. These matters relate to an order entered on November 14, 2017, by the 385th District Court of Midland County in Cause No. CV53506. In the order, the Honorable Robin Darr granted a motion to compel and required Relator to fully and completely respond to certain discovery requests within twenty days. Pursuant to TEX. R. APP. P. 52.10(b), this court grants the motion for temporary emergency relief and hereby orders that all actions and proceedings related to the November 14 order be temporarily stayed pending further order of this court or final disposition of this mandamus proceeding.

Furthermore, pursuant to TEX. R. APP. P. 52.4, this court requests that a response to Relator's petition for writ of mandamus be filed on or before December 11, 2017.

PER CURIAM

November 29, 2017

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.